UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CEDRIC BISHOP, on behalf of himself and
all others similarly situated,

                Plaintiff,

-against-

CASSINA S.P.A.,

                Defendant.

------------------------------------------------------------x

Docket No.: 18-cv-01674 (VSB)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between CEDRIC BISHOP and CASSINA S.p.A. that the above action is hereby discontinued, <u>with prejudice</u>. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: June 25, 2018
       New York, New York

Dated: June 25, 2018
       New York, New York

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Richard H. Rubenstein
Justin A. Guilfoyle
*Attorneys for Defendant*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038

DANIEL COHEN PLLC

_____
Daniel Cohen, Esq.
*Attorneys for Plaintiff*
300 Cadman Plaza W, Twelfth Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Fax: (929) 575-4195

GOTTLIEB & ASSOCIATES
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Fax: (212) 982-6284

SO ORDERED:

_____
HON. VERNON S. BRODERICK  7/3/2018
UNITED STATES DISTRICT JUDGE